IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

MICHAEL JACKSON                                                                                               PLAINTIFF

v.                                         Civil No. 6:20-cv-06069

WELLPATH LLC; DREAM REDIC-YOUNG;
CATHERINE SMITH; PAULA LAIR; and
SHEILA AKERMAN, et al.                                                                                    DEFENDANTS

## ORDER

Before the Court is the Report and Recommendation filed September 28, 2020, by the Honorable Mark E. Ford, United States Magistrate Judge for the Western District of Arkansas. (ECF No. 27). Judge Ford recommends that the Court dismiss Plaintiff's Complaint (ECF No.1) against Separate Defendant Nurse S. Lambert.

Plaintiff has not filed objections to the Report and Recommendation and the time to do so has passed. *See* 28 U.S.C. § 636(b)(1). Being well and sufficiently advised and finding no clear error on the face of the record, the Court adopts the Report and Recommendation (ECF No. 27) *in toto*. The claims made against separate Defendant Lambert are hereby **DISMISSED WITHOUT PREJUDICE**.

IT IS SO ORDERED, this 30th day of October, 2020.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge